AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Local 215, District Council 1707,
American Federation of State, County,
& Municipal Employees,
　　　　　　　　Plaintiff,

V.

Paul J. Cooper Center for Human Services,
　　　　　　　　Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 10487**

TO: (Name and address of Defendant)

Paul J. Cooper Center for Human Services
519 Rockaway Avenue
Brooklyn, NY 11212

**JUDGE SULLIVAN**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Murray
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  NOV 2 0 2007

| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | Attorney: KENNEDY, JENNIK & MURRAY, P.C. ATTORNEYS AT LAW |
|---|---|

LOCAL 215, ETAL

          Plaintiff(s)

Index # 07 CV 10487

- against -

PAUL J. COOPER CENTER FOR HUMAN SERVICES

Purchased November 20, 2007

          Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 10, 2007 at 11:10 AM at

519 ROCKAWAY AVENUE
BROOKLYN, NY 11212

deponent served the within SUMMONS AND COMPLAINT; JUDGE'S RULES; ECF GUIDELINES on PAUL J. COOPER CENTER FOR HUMAN SERVICES therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to SANDRA WARNER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'5 | 120 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

519 ROCKAWAY AVENUE
BROOKLYN, NY 11212

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 10, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 10, 2007

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JAY MITCHELL |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1097069 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 452284 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728