UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHER & BROWN
14 Wall Street, 20th Floor
New York, NY 10005
(212) 618-1250
    Donald E. Maher (DM 6442)
    John Lewis Brown (JB 4471)


ATTORNEYS FOR DEFENDANT PAUL J. COOPER CENTER FOR HUMAN SERVICES INC.
-------------------------------------------------------x

LOCAL 215, DISTRICT COUNCIL 1707,
AMERICAN FEDERATION OF STATE,
COUNTY, & MUNICIPAL EMPOYEES,

                Plaintiff,              Civil Action No. 07 Civ. 10487
                                          (RJS/RLE)

       -against-                    **RULE 7.1 STATEMENT**

PAUL J. COOPER CENTER FOR HUMAN
SERVICES INC.

                Defendant

------------------------------------------------------ x


       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Paul J. Cooper Center for Human Services Inc., certifies that Defendant is a not for profit company and, as such it does not have any publicly issued stock, and their stock is not held by any parent or other company that is traded on any exchange.

1

2

Dated: New York, New York
      January 31, 2008                          **MAHER & BROWN**

                                    s/s Donald E. Maher
                        By:_____
                                    Donald E. Maher (DM 6442)
                                    John Lewis Brown (JB 4471)
                                    Attorneys for Defendant Paul J. Cooper Center for Human Services
                                    14 Wall Street, 20th Floor
                                    New York, New York 10005
                                    (212) 618-1250