UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHER & BROWN
14 Wall Street, 20th Floor
New York, NY 10005
(212) 618-1250
  Donald E. Maher (DM 6442)
  John Lewis Brown (JB 4471)

ATTORNEYS FOR DEFENDANT PAUL J. COOPER CENTER FOR HUMAN SERVICES INC.
-------------------------------------------------------x

LOCAL 215, DISTRICT COUNCIL 1707,
AMERICAN FEDERATION OF STATE,
COUNTY, & MUNICIPAL EMPOYEES,

     Plaintiff,    Civil Action No. 07 Civ. 10487
              (RJS/RLE)

   against-      **NOTICE OF APPEARANCE**

PAUL J. COOPER CENTER FOR HUMAN
SERVICES INC.
     Defendant
------------------------------------------------------- x

  To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Defendant, Paul J. Cooper Center for Human Services Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
   January 31, 2008       s/s Donald E. Maher
            By:_____
             Donald E. Maher (DM 6442)
             Maher & Brown
             14 Wall Street, 20th Floor
             New York, New York 10005
             (212) 618-1250
             (212) 618-1251 fax
             donald.maher@comcast.net
             (610) 763-0594 cell