CERTIFICATE OF SERVICE

I certify that on January 31, 2008, a true copy of: 1) Defendant's Notice of

Appearance; 2) Defendant's Answer and Affirmative Defenses; 3) Defendant's Rule 7.1

Statement; and 4) this Certificate of Service, was served upon the

following party via Electronic Filing and the following method:

(1) Plaintiff Local 215, District Council 1707, American Federation of State
County, & Municipal Employees, by First Class U.S. Mail to their counsel of
record, Thomas M. Murray, Esq., Kennedy, Jennik & Murray, P.C., 113
University Place – 7th Floor, New York, N.Y. 10003.

s/s Donald E. Maher
_____
Donald E. Maher