**MAHER & BROWN**
ATTORNEYS AT LAW
14 Wall Street, 20th Floor
NEW YORK, NEW YORK 10005


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

T 212 618-1250
F 212 618-1251
Donald.Maher@comcast.net

Donald E. Maher, Esq.

**VIA EMAIL**

February 28, 2008

Richard J. Sullivan, D. J.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Local 215, DC 1707, AFSCME v.
              Paul J. Cooper Center for Human Services
              Case No. 07 CV 10487 (RJS) (RLE)

Dear Judge Sullivan:

      This firm represents Paul J. Cooper Center for Human Services Inc., the Defendant in the above referenced matter.

      I am writing to request an adjournment of the status conference set for March 6, 2008 at 10:00 a.m. There has been one previous request for an adjournment made by Plaintiff's counsel. I have spoken to Plaintiff's counsel who consents and has no objection to my adjournment request.

      Please know that the need for an adjournment of the March 6th conference is necessitated by the fact that I have been called for jury duty on March 5, 2008.

      Thank you for the courtesy extended and for your time and attention to this matter. Please know that should you wish to reach me by telephone, I am best reachable on my cell phone at 610-763-0594.

                      Respectfully submitted,

                      s/s

                      Donald E. Maher

Cc:    Thomas M. Murray, Esq. (via email)

*[Handwritten annotation:] Conference adjourned to MARCH 14, 2008 at 10:30AM.*

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN
U.S.D.J.