UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3\17\08

Local 215, et al

                 **Plaintiff,**

-v-

Paul J. Cooper Center for Human Services Incorporated,

                 **Defendant.**

Case No. 07-CV-010487(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on March 28, 2008 at 10:30am in the United States Courthouse for the Southern District of New York, Courtroom 21C- 500 Pearl Street, New York, New York. Plaintiff's counsel is directed to file a three page pre motion letter in accordance with this Court's rules by March 20. Defendant's counsel shall file a response to this letter by March 25.

SO ORDERED.

Dated:    March 14, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE