UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4\2\08

LOCAL 215, DISTRICT COUNCIL 1707,
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES,

No. 07 Civ. 10487 (RJS)
ORDER

Plaintiff,

-v-

PAUL J. COOPER CENTER FOR HUMAN
SERVICES,

Defendant.

RICHARD J. SULLIVAN, District Judge:

On consent of the parties, the Court hereby confirms the arbitral award of December 3, 2006,

attached here as Exhibit A. In that award, the arbitrator, by the express stipulation of the parties,

retained jurisdiction to resolve any dispute regarding the implementation and effectuation of the

award. (*See* Exhibit A at 18.) Accordingly, the Court hereby remands the dispute over back pay and

offsets to the arbitrator for resolution. The Clerk of the Court is directed to enter judgment and to

close this case.

SO ORDERED.

Dated:    April 2, 2008
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE